No. 111. PUGACH *v.* DOLLINGER, DISTRICT ATTORNEY OF BRONX COUNTY, ET AL. Certiorari, 363 U. S. 836, to the United States Court of Appeals for the Second Circuit. The motion of the District Attorneys' Association of the State of New York for leave to present oral argument, as *amicus curiae,* is denied.

No. 48, Misc. CLARKE *v.* SOUTH CAROLINA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Daniel R. McLeod,* Attorney General of South Carolina, and *J. C. Coleman, Jr.,* Assistant Attorney General, for respondent.

No. 501. BINKS MANUFACTURING Co. *v.* RANSBURG ELECTRO-COATING CORP. C. A. 7th Cir. Certiorari granted. *Charles F. Meroni* for petitioner. *James P. Hume, Elbert R. Gilliom* and *Harry T. Ice* for respondent.

No. 533. UNITED STATES *v.* NEUSTADT ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Rankin,* Assistant Attorney General Doub and *John G. Laughlin, Jr.* for the United States. *Lawrence J. Latto* for respondents.

No. 489. MONOLITH PORTLAND MIDWEST Co. *v.* RECONSTRUCTION FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Joseph T. Enright* and *Norman Elliott* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.